UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKEAL GLENN STINE, | No. 2:18-cv-0684 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| BUREAU OF PRISONS, et al., | |
| Defendants. | |

On May 9, 2019, plaintiff filed an "emergency motion for evidentiary hearing. . . ." (ECF No. 46.) Plaintiff's motion crossed in the mail with this court's May 8, 2019 order. As the court explained, this case is closed. No operative pleading is on file. Thus, there is no need for a hearing, and any complaint plaintiff has concerning his current conditions of confinement in Terre Haute, Indiana, must be brought in an appropriate court in Indiana. Plaintiff's motion is denied without prejudice as improvidently filed in this closed action.

IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 46) is denied without prejudice.

Dated: May 14, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/stin0684.dn